LMN:AAS
F.#2010R01348

**M10- 802**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ROLANDO E. ROLDAN,

              Defendant.

- - - - - - - - - - - - - - - - -X

**TO BE FILED UNDER SEAL**

COMPLAINT AND AFFIDAVIT IN
SUPPORT OF ARREST WARRANT

(T. 18, U.S.C., §§ 1349
and 3551 et seq.)

EASTERN DISTRICT OF NEW YORK, SS:

       BRYAN J. TREBELHORN, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation (the "FBI"), duly appointed according to law and acting as such.

       In or about and between December 1, 2008 and March 5, 2009, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ROLANDO E. ROLDAN, together with others, knowingly and intentionally conspired to devise a scheme and artifice to defraud Lend-Mor Mortgage Bankers Corporation and to obtain money by means of false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice, to transmit and cause to be transmitted writings, signs, signals and sounds by means of wire communication in interstate and foreign

1

commerce, in violation of Title 18, United States Code, Section 1343.[1]

(Title 18, United States Code, Sections 1349 and 3551 et seq.)

The source of my information and grounds for my beliefs are as follows:

1. I have been a Special Agent with the FBI for approximately two-and-a-half years, and I am currently assigned to a financial institutions fraud squad, which investigates violations of federal criminal laws affecting financial institutions and other financial crimes. In this position, I have conducted physical surveillance, interviewed witnesses, reviewed extensive documents obtained through the service of subpoenas, and used other investigative techniques to secure relevant information for use in criminal prosecutions.

2. My knowledge of the information set forth in this affidavit is based upon my personal participation in this investigation and in numerous other investigations of fraud perpetrated against financial institutions, including bank and wire fraud, my review of records and reports, my debriefing of cooperating witnesses, my discussions with witnesses and victims,

---

[1] ROLDAN was named in a Complaint and Affidavit in Support of Arrest Warrant (M-10-788), dated July 13, 2010, signed by the Honorable Lois Bloom, United States Magistrate Judge. That complaint was later dismissed without prejudice on July 14, 2010, as the first name of ROLDAN was misspelled.

my conversations with other law enforcement agents involved in this investigation and similar investigations, my conversations with and review of information provided by financial institutions, and my law enforcement experience and training.

3. Because this affidavit is being submitted for the limited purpose of establishing probable cause to support the issuance of an arrest warrant, it does not include all of the facts I have learned during the course of this investigation. Where actions, conversations and statements of others are reported in this affidavit, they are reported in substance and in part unless otherwise indicated.

4. From in or about 2001 to the present, in the Eastern District of New York and elsewhere, a group of co-conspirators have engaged in a scheme to defraud various financial institutions by fraudulently obtaining real estate financing. The group of co-conspirators consists of realtors, lawyers, mortgage brokers, appraisers, and others.

5. As part of their criminal scheme, the co-conspirators recruit individuals with good credit scores (hereinafter referred to as the "Straw Buyers") to purchase residential properties within the boroughs of New York City. At the direction of the co-conspirators, the Straw Buyers agree to apply for mortgages on residential properties. In reality, the true owners of the properties are other co-conspirators. In

exchange for using their names and good credit, the Straw Buyers sometimes receive a fee.

6. The investigation has revealed that, between December 2008 and March 2009, the defendant ROLANDO E. ROLDAN conspired with others to fraudulently obtain a mortgage loan, through the use of two Straw Buyers (hereinafter referred to as "Straw Buyer 1" and "Straw Buyer 2" and collectively as "Straw Buyers 1 and 2"), for a property located in Woodhaven, New York (hereinafter referred to as the "Woodhaven Property"). On the basis of the credit information of Straw Buyers 1 and 2, ROLDAN obtained bank financing for the Woodhaven Property.

7. Through the investigation, I have retrieved mortgage loan documents for the Woodhaven Property. The amount of the mortgage loan was $533,322.00, and the lending bank was Lend-Mor Mortgage Bankers Corporation.

8. According to the mortgage loan documents, Straw Buyers 1 and 2 signed the mortgage loan application and attested that the information contained therein was true. The mortgage application for Straw Buyers 1 and 2 includes numerous material misstatements as to their credit-worthiness. For example, the mortgage application for Straw Buyer 1 includes a bank statement for Straw Buyer 1 reflecting a closing balance of $52,588.59, which the investigation has revealed to be falsely inflated, see Paragraphs 10 and 11. Additionally, the mortgage loan documents

for Straw Buyers 1 and 2 falsely state that they intended to occupy the Woodhaven Property as a primary residence, see Paragraph 10.

9.   On the basis of the misstatements described in Paragraph 8 and others, ROLDAN caused to be transmitted writings, signs, signals, and sounds by means of wire communication in interstate and foreign commerce, resulting in Lend-Mor Mortgage Bankers Corporation's approval of the loan application for the Woodhaven Property. For example, on February 12, 2009, Lend-Mor Mortgage Bankers Corporation sent a facsimile from its office in Valley Stream, New York to the office of the employer of Straw Buyer 1 in Greenwich, Connecticut, to verify employment information concerning Straw Buyer 1.

10.   During the investigation, I have spoken with Straw Buyers 1 and 2 regarding the Woodhaven Property transaction. In sum and substance, they stated that they were retained by ROLDAN to act as Straw Buyers with respect to the Woodhaven Property, and that they have never occupied or planned to occupy the Woodhaven Property as a primary residence. Additionally, Straw Buyer 1 admitted to receiving $10,000 in cash from ROLDAN for acting as a Straw Buyer with respect to the Woodhaven Property. Straw Buyer 1 also stated that the bank statement contained in the mortgage application contained exaggerated bank account balances.

11. According to a confidential source ("CS") who has previously provided reliable information and who has been involved in approving mortgage loans prepared by ROLDAN, ROLDAN participated in the preparation of the mortgage loan documents for the Woodhaven Property, including the falsification of the bank account statement for Straw Buyer 1. CS further stated that ROLDAN collects rent from tenants on this property.

12. Since the dates of the closing, neither Straw Buyer 1 nor 2 have made any payments on the mortgage loan for the Woodhaven Property, which property is in default.

WHEREFORE, your deponent respectfully requests that the defendant ROLANDO E. ROLDAN be dealt with according to law.

BRYAN J. TREBELHORN
Special Agent
Federal Bureau of Investigation

Sworn to before me this
14th day of July, 2010

GE