# DAWN M. CARDI
## & ASSOCIATES

Associate
Chad L. Edgar

Of Counsel
Robert B. Anesi

February 3, 2012

**BY ECF**

The Honorable Allyne R. Ross
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  United States v. Rolando Roldan, 10 Cr. 623 (ARR)

Dear Judge Ross:

We represent Mr. Rolando Roldan in the above-captioned proceeding. We write respectfully to request that Mr. Roldan be allowed to travel to California in order to join family and friends on a visit to a cousin who is gravely ill.

Mr. Roldan is currently allowed to move freely in the states of Connecticut and New York without electronic monitoring. To our knowledge, he is been in compliance with the terms of his pre-trial release since July of 2010.

If the Court allows Mr. Roldan to travel to California, he would be traveling by Jet Blue on Flight 355 on February 11, 2012 leaving JFK airport and arriving in Burbank, California. On February 15, 2012, he would be returning to JFK (leaving again from Burbank, California) on Flight 350. We have obtained consent to this travel request from Pretrial Services. In light of the consent of Pretrial Services, the government does not oppose this request. Should the Court grant Mr. Roldan's request, we will provide detailed information as to where and with whom Mr. Roldan will be staying while in California to his Pretrial Services Officer.

Two Park Avenue, 19th Floor • New York, NY 10016 • 212.481.7770 TELEPHONE • 212.684.3008 FACSIMILE • 917.543.9993 MOBILE • info@cardilaw.com • www.cardilaw.com

Honorable Allyne R. Ross
February 3, 2012
p. 2

    We thank the Court in advance for its consideration of this issue.

                Respectfully submitted,

                Chad L. Edgar/ Dawn M. Cardi

cc: Alexander Solomon (by ECF)
   Assistant United States Attorney

   Christopher Rogers (by fax)
   United States Pretrial Services Officer

   Rolando Roldan (by email)