**CRIMINAL CAUSE FOR PLEADING:**

BEFORE: ALLYNE R. ROSS, U.S.D.J.   DATE: 05/02/2012   TIME: 10:00am
CR-10-623

DEFT NAME: Rolando Roldan                                    #
     _/_ present    ___ not present    ___ cust.    _/_ bail

DEFENSE COUNSEL: Chad Edgar
     _/_ present    ___ not present    _/_ CJA    ___ RET.    LAS

**A.U.S.A.:** Alexander Solomon          CLERK: D. LASALLE

Rep. Mary Agnes Drury.                   OTHER: ___
INT:  (LANG.- Spanish )  Aaristela Verastegui

x   CASE CALLED.      ___ DEFTS FIRST APPEARANCE.
DEFT x  SWORN    ___ ARRAIGNED  x  INFORMED OF RIGHTS
         ___ WAIVES TRIAL BEFORE DISTRICT COURT

___ WAIVER OF INDICTMENT EXECUTED FOR DEFT.
___ SUPERSEDING INDICTMENT / INFORMATION FILED.
___ DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
___ DEFT ENTERS A PLEA OF NOT GUILTY TO ALL CTS.

___ DEFT ENTERS **GUILTY PLEA** TO CTS. _____ O F (Superseding) INDICTMENT/INFORMATION.
_✓_ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS. __ONE__ OF THE ((Superseding) INDICTMENT) / INFORMATION.
X   COURT FINDS FACTUAL BASIS FOR THE PLEA.
x   SENTENCING SET FOR 9/6/12 @ 11:00 am

_/_ DEFT ENTER **NOT GUILTY PLEA**.
_/_ BAIL ___ SET _/_ CONT'D FOR DEFT.
___ DEFT CONT'D IN CUSTODY.
___ CASE ADJ'D TO _____ FOR _____
___ JYSELECT SET FOR _____    ___ BY MAG.
___ TRIAL SET FOR _____
___ **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
        CODE TYPE ___  START ___  STOP ___

___ ORDER / WAIVER EXECUTED & FILED.   ___ ENT'D ON RECORD.

OTHER: Plea agreement marked as court exhibit one; Plea agreement returned to AUSA Solomon.