# DAWN M. CARDI
## & ASSOCIATES

Associate
Chad L. Edgar

Of Counsel
Robert B. Anesi

June 15, 2012

**BY ECF & FAX**

The Honorable Allyne R. Ross
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

                Re:      <u>United States v. Rolando Roldan</u>, 10 Cr. 623 (ARR)

Dear Judge Ross:

      We represent Mr. Rolando Roldan in the above-captioned proceeding. We write respectfully to request that Mr. Roldan be allowed to travel with his wife in order to take a vacation with her.

      Mr. Roldan is currently allowed to move freely in the states of Connecticut and New York without electronic monitoring. To our knowledge, he is been in compliance with the terms of his pre-trial release since July of 2010.

      If the Court allows Mr. Roldan to travel to Houston, Texas with his wife, he would depart with her from LaGuardia on June 19, 2012. He and his wife would then return from Houston, Texas arriving at LaGuardia on June 23, 2012. While in Houston, Texas, he and his wife would be staying at a hotel there. We have obtained consent to this travel request from Pretrial Services. In light of the consent of Pretrial Services, the government does not oppose this request. Should the Court grant Mr. Roldan's request, we will provide detailed information as to this trip to his Pretrial Services Officer.

Honorable Allyne R. Ross
June 15, 2012
p. 2

We thank the Court in advance for its consideration of this issue.

Respectfully submitted,

/s/

Chad L. Edgar/ Dawn M. Cardi

cc: Alexander Solomon (by ECF)
Assistant United States Attorney

Christopher Rogers (by fax)
United States Pretrial Services Officer

Rolando Roldan (by email)