COUNSELORS AT LAW

# DAWN M. CARDI
## & ASSOCIATES

Associate
Chad L. Edgar

Of Counsel
Robert B. Anesi

August 21, 2012

**BY ECF**

Honorable Allyne R. Ross
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Rolando Roldan, 10 Cr. 623 (ARR)

Dear Judge Ross:

I represent Rolando Roldan in the above-captioned proceeding. I write respectfully to request a 30-day adjournment of Mr. Roldan's sentencing, now scheduled for September 6, 2012. This is my first request for an adjournment. The Government does not object to this request.

Very truly yours,

Dawn M. Cardi

cc:   Alexander Solomon (by ECF)
Assistant United States Attorney

Rolando Roldan (by electronic mail)